UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM FRANCHI, individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>AYTU BIOSCIENCE, INC., JOSH DRISBROW, STEVEN BOYD, GARY CANTRELL, CARL DOCKERY, JOHN DONOFRIO, JR., MICHAEL MACALUSO, AND KETAN MEHTA,<br><br>    Defendant. | Case No. 1:19-cv-02204 |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT

Plaintiff Adam Franchi ("Plaintiff") and Defendants Aytu Bioscience, Inc., Josh Disbrow, Steven Boyd, Gary Cantrell, Carl Dockery, John Donofrio Jr., Michael Macaluso, and Ketan Mehta (collectively "Defendants"), by counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned action on November 26, 2019;

WHEREAS, Defendants' deadline to respond to the Complaint is December 17, 2019;

WHEREAS, given numerous scheduling conflicts present in December and January, the Parties have agreed to extend the deadline for Defendants to answer, or otherwise respond to the Complaint to and including February 17, 2020.

IT IS HEREBY JOINTLY STIPULATED AND REQUESTED THAT Defendants deadline to answer or otherwise respond to the Complaint be extended to and including February17, 2020.

Dated:  December 20, 2019      **DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Alessandra Glorioso*
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
          glorioso.alessandra@dorsey.com

-and-

**DORSEY & WHITNEY LLP**
Milo Steven Marsden
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
E-mail: marsden.steve@dorsey.com

*Attorneys for Defendants Aytu Bioscience, Inc., Josh Disbrow, Steven Boyd, Gary Cantrell, Carl Dockery, John Donofrio, Jr., Michael Macaluso, and Ketan Mehta*

Dated:  December 20, 2019  **RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone:  (302) 295-5310
Facsimile: (302) 654-7530
Email:  sdr@rl-legal.com
Email:  bdl@rl-legal.com
Email:  gms@rl-legal.com

-and-

**RM Law, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone:  (4084) 324-6800
Facsimile:  (484) 631-1305
Email:  rm@maniskas.com

*Attorneys for Plaintiff*

**SO ORDERED.**

_____   _____
Date                                                         District Court Judge